Form 16C
12/94

US BANKRUPTCY COURT
FILED
NEWARK, NJ

11 JUN 15 AM 11: 17

JAMES J. WALDRON

# FORM 16C. CAPTION OF COMPLAINT IN ADVERSARY PROCEEDING FILED BY A DEBTOR

## UNITED STATES BANKRUPTCY COURT
## _____ DISTRICT OF _____

In re  Virginia Lewis
_____,
        *Debtor*

Address: 398 Hillside Avenue, Orange, NJ 07050

Social Security No(s). 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  or
Employer's Tax Identification No(s). *[if any]* _____

Virginia Lewis
_____,
        *Plaintiff*

v.

Sallie Mae
_____,
        *Defendant*

Case No. 11-17815 RG

Chapter 7

Adv. Proc. No. _____

COMPLAINT

## COMPLAINT TO DETERMINE THE DISCHARGEABILITY OF A STUDENT LOAN

1. Plaintiff/Debtor filed her bankruptcy petition *pro se* under Chapter 7 of the Bankruptcy Code (Title 11 of the United States Code) on March 15, 2011. Therefore, this Court has jurisdiction over this action per Title 28 U.S.C. §1334(e). This proceeding is a core proceeding.

2. One of the unsecured debts owing by the Plaintiff/Debtor and listed on Schedule F is a student loan owing to Defendant (the "Loan").

3. Defendant is a major provider of educational student loans in the United States.

4. Plaintiff/Debtor co-signed on the Loan whereby the debt was incurred to pay for the educational expenses of Plaintiff's son.

5. Plaintiff/Debtor's son is at present living in a homeless shelter. He has not made any payments on the Loan.

6. Plaintiff/Debtor's income is a little more than ONE THIRD of the NJ median income per the Chapter 7 means test.

7. Plaintiff/Debtor is retired and living on a federal pension.

8. Fact 6 (above) satisfies the first prong of the three-prong "undue hardship" test established by Brunner v. New York State Higher Education Services Corp., 831 F.2d 395 (2nd Cir. 1987.) (the "Brunner Test") One third of the state's median income does not support even a minimal standard of living if Plaintiff/Debtor is forced to repay the Loan.

9. The second prong of the Brunner Test is satisfied in that Plaintiff/Debtor's income is unlikely to go up. Federal pensions are notorious for not tracking increased cost of living. Plaintiff/Debtor is unlikely to work due to: 1-age (70 years old) and 2-health (diabetes, bone spurs, hypertension, herniated discs and a congenital visual disability.)

10. The third prong of the Brunner Test is satisfied in that for more than a year, Plaintiff/Debtor has in good faith paid a reduced amount per month to the Defendant. She sacrificed her own needs (including for food) to do so.

WHEREFORE, Plaintiff/Debtor prays that the Court enter an Order declaring the Loan dischargeable in this bankruptcy case.

_____6/15_____, 2011                                X_Virginia Lewis_____

B104 (FORM 104) (08/07)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|
| **PLAINTIFFS** Virginia Lewis | **DEFENDANTS** Sallie Mae |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.) filing pro se | **ATTORNEYS** (If Known) |
| **PARTY** (Check One Box Only) ☒ Debtor   ☐ U.S. Trustee/Bankruptcy Admin ☐ Creditor  ☐ Other ☐ Trustee | **PARTY** (Check One Box Only) ☐ Debtor   ☐ U.S. Trustee/Bankruptcy Admin ☒ Creditor  ☐ Other ☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Complaint/Proceeding to Determine Dischargeability of a student loan

**NATURE OF SUIT**
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny
(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☒ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ discharge of $30,221 student loan |
| Other Relief Sought | |