HOOK & FATOVICH, LLC
1430 Route 23 North
Wayne, NJ 07470
Telephone: (973) 686-3800
Facsimile: (973) 686-3801
Ilissa Churgin Hook, Esq.
Milica A. Fatovich, Esq.
E-mail: ihook@hookandfatovich.com
Local Counsel for Sallie Mae, Inc.

**FILED**
**JAMES J. WALDRON, CLERK**

**DEC 15 2011**

U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

---

In re:

VIRGINIA LEWIS,

    Debtor.

---

VIRGINIA LEWIS,

    Plaintiff,

v.

SALLIE MAE, and EDUCATIONAL CREDIT
MANAGEMENT CORPORATION,

    Defendants.

---

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON VICINAGE**

Bankr. Case No.: 11-17815-RG
    Chapter 7

Adv. Proc. No.: 11-01958

---

**CONSENT ORDER SETTLEMENT OF ADVERSARY PROCEEDING**
**BETWEEN PLAINTIFF AND SALLIE MAE, INC.**

The relief set forth on the following pages, numbered (2) through (4), is hereby **ORDERED**.

12-15-11    USBJ    /s/ Raymond T. Lyons (Gambardella)

(Page 2)
Debtor: Virginia Lewis
Bankr. Case No.: 11-17815-RG
Adv. Proc. No.: 11-01958
**CONSENT ORDER SETTLEMENT OF ADVERSARY PROCEEDING BETWEEN PLAINTIFF AND SALLIE MAE, INC**

It appearing that the parties to this Consent Order have agreed to the terms herein, as evidenced by the signatures below, and the following facts being stipulated to:

A.   Plaintiff, Virginia Lewis ("Plaintiff"), is indebted to Sallie Mae, Inc. ("Sallie Mae") pursuant to the applicable terms of one (1) educational loan promissory note ("Promissory Note"), disbursed on November 16, 2006 ("Student Loan").

B.   As of July 7, 2011, there was a balance due and owing under the Promissory Note, including principal, interest and fees, in the amount of $18,975.93 ("Outstanding Balance"), with a variable interest rate, and with interest accruing thereafter pursuant to the Promissory Note.

C.   The Outstanding Balance is currently due and owing on the Promissory Note, and the Student Loan evidenced by the Promissory Note is a non-dischargeable educational loan, pursuant to 11 U.S.C. § 523(a)(8).

It is hereby ORDERED, as follows:

1.   For so long as Plaintiff does not default under this Consent Order, the balance shall be reduced to $15,000.00 ("Reduced Balance"), and the variable interest rate shall be reduced to a fixed rate of 3% ("Reduced Interest"), and Plaintiff shall repay the Reduced Balance at the Reduced Interest rate as follows: $269.53 per month for a period of sixty (60) consecutive months. The first monthly payment is due to be received by Sallie Mae on or before ~~December 1, 2011~~ February 15, 2012, with subsequent payments to be received on the ~~first (1st)~~ 15TH day of each month thereafter.

2.   All payments pursuant to this Consent Order shall note Plaintiff's account number on the payment, and shall be mailed to, "Sallie Mae, Inc., Monetary Department, P.O. Box 9533,

(Page 2)
Debtor: Virginia Lewis
Bankr. Case No.: 11-17815-RG
Adv. Proc. No.: 11-01958
**CONSENT ORDER SETTLEMENT OF ADVERSARY PROCEEDING BETWEEN PLAINTIFF AND SALLIE MAE, INC**

---

Wilkes-Barre, PA  18773", or to any other address provided to the Plaintiff by Sallie Mae in writing.

3.  The following shall be Events of Default hereunder: (a) Plaintiff shall fail to make any payment due hereunder within thirty (30) days of the due date, without securing Sallie Mae's agreement to a forbearance of such payment(s); or (b) Plaintiff commences any further legal proceedings against Sallie Mae, its successors or assigns.

4.  Upon the occurrence of an Event of Default under this Consent Order, any forgiveness of the principal and interest is revoked, and the Plaintiff will be liable for the full amount of the Outstanding Balance plus interest pursuant to the applicable terms of the Promissory Note (less any payments made hereunder which, following default shall be applied first to interest that would have accrued had this Consent Order not been in effect, and then to principal).

5.  There is no penalty for prepayment under this Consent Order, but any prepayment, unless it is payment in full, does not relieve Plaintiff of the obligation to make ongoing monthly payments.

6.  In the event the parties agree to any forbearance of payment obligations, after this Consent Order is approved, interest will continue to accrue during the time of any such forbearance, at the interest rate stated herein, so that the total amount to be repaid, and the monthly payments required, may increase from that stated herein.

7.  Except as provided in this Consent Order, all other terms of the Promissory Note remain in effect and are hereby incorporated by reference.

(Page 2)
**Debtor: Virginia Lewis**
**Bankr. Case No.: 11-17815-RG**
**Adv. Proc. No.: 11-01958**
**CONSENT ORDER SETTLEMENT OF ADVERSARY PROCEEDING BETWEEN PLAINTIFF AND SALLIE MAE, INC**

---

8. Any amendment, modification, or waiver of any term or condition of this Consent Order must be made in writing and signed by all parties hereto.

9. This Consent Order may be executed in counterparts, or by facsimile, each of which shall constitute an original, but all of which together shall constitute one Consent Order.

10. Sallie Mae is hereby dismissed as a Defendant in this adversary proceeding, subject to the terms of this Consent Order.


By:   /s/ Virginia Lewis
      Virginia Lewis
      398 Hillside Avenue
      Orange, NJ 07050
      Telephone: (718) 724-4907
      Plaintiff


By:   /s/Ilissa Churgin Hook
      Ilissa Churgin Hook, Esquire
      HOOK & FATOVICH, LLC
      1430 Route 23 North
      Wayne, NJ 07470
      Telephone: (973) 686-3800
      Facsimile: (973) 686-3801
      E-mail: ihook@hookandfatovich.com
      Local Counsel for Sallie Mae, Inc.